# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: MIGUEL JUAN ESTEVA TORREGROSA

Bkrtcy. No. 11-03744-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: May 01, 2011
Meeting Date: Jun 10, 2011
DC Track No.: 4

Days from petition date: 40
Meeting Time: 8:00 AM

910 Days before Petition: 11/2/2008
☐ Chapter 13 Plan Date: May 01, 2011 Dkt.# 2 ☐ Amended.

This is debtor(s) 1st Bankruptcy petition.
Plan Base: $25,500.00

This is the 1st Scheduled Meeting
Confirmation Hearing Date: Jul 22, 2011 Time: 2:30 PM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. / Date / Amount
Total Paid In: $425.00

### I. Appearances:
☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☑ None.
☑ Debtor Present ☑ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JUAN O CALDERON LITHGOW*
Total Agreed: $3,000.00 Paid Pre-Petition: $600.00 Outstanding: $2,400.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☑ Above Median Income. Liquidation Value: $28,024.—
Commitment Period is ☐ 36 ☑ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD
The Trustee ☐ RECOMMENDS ☑ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☑ HELD OPEN FOR 14 DAYS
(1)
§341 Meeting Rescheduled for:

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)] ☑ INSUFFICIENTLY FUNDED ☐ To pay §507 ☑ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
→ Need evidence of income from wife business / and evidence of CMI in Form 22C
(1) + Debtor showed part of his Income tax Return for 2010, pending copy of a complete 2010 Tax Return.
(1) + Need copy of 1040PR for 2007 — 2010.
→ Need to add to plan, tax refund language.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Jun 10, 2011