IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

MIGUEL JUAN ESTEVA TORREGROSA

XXX-XX-0788

Debtor(s)

CASE NO. 11-03744BKT

Chapter 13

**FILED & ENTERED ON 7/15/2011**

ORDER

The trustee to state its position within twenty-one (21) days as to debtor's opposition filed on 7/7/2011 (Docket No. 13).

SO ORDERED.

San Juan, Puerto Rico, this 15 day of July, 2011.

Brian K. Tester
U.S. Bankruptcy Judge