IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>Miguel Juan Esteva Torregrosa<br><br>    Debtor | CASE NO. 11-03744 BKT<br><br>CHAPTER 13 |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE HONORABLE COURT:**

**COMES** now creditor, Banco Santander PR represented by the undersigned counsel and respectfully Alleges, States and Prays:

1. The appearing creditor wishes to be notified of all pertinent documents and notices in the instant proceeding through the undersigned counsel at the address of record: **Luis Yamil Rodriguez San Miguel, PMB 256, PO BOX 4952, Caguas PR, 00726**.

    **WHEREFORE,** it is respectfully requested of this Honorable Court that an Order be entered including creditor herein in the Master Address List, so as to permit future notices be addressed to Luis Yamil Rodriguez San Miguel, through the undersigned counsel at the address of record.

**I HEREBY CERTIFY:** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Attorney for Debtor: Juan O. Calderon Lithgow, Chapter 13 Trustee JOSE RAMON CARRION MORALES Esq., US Trustee Monsita Lecároz Arribas, Esq. and to all those who in this case have registered for receipt of notice by electronic mail.

**RESPECTFULLY SUBMITTED:**

In Caguas, Puerto Rico this 27 day of September 2011.

/s/Luis Yamil Rodriguez San Miguel ,Esq.
Attorney for Banco Santander PR
PMB 256
PO BOX 4952
Caguas PR 00726
E-mail: lcdorodriguezsanmiguel@gmail.com
USDC 227605
Tel:787-972-6144