IN THE UNITED STATES BANKRUPTCY COURT
District of Puerto Rico

In the Matter of:
MIGUEL JUAN ESTEVA TORREGROSA

Debtor(s)

Case No. 11-03744 -BKT

Chapter 13

## DEBTOR'S NOTICE TO CONVERT CASE TO CHAPTER 7

**TO THE HONORABLE COURT:**

The undersigned, attorney for the above-named debtor(s), notifies the Court as follows,

1. The debtor(s) pursuant to 11 U.S.C. §1307(a), hereby elect(s) to convert the above captioned case to a case under chapter 7 of the Bankruptcy Code.
2. The debtor(s) is/are entitled to convert his/her/their case because:
   A. This case filed on May 1, 2011 and has not been confirmed yet, is a case under chapter 13 of the Bankruptcy Code.
   B. The debtor(s)s is/are eligible to be debtor(s) under chapter 7 of the Bankruptcy Code
   C. There are no prior motions to convert this case.
   D. There is a motion for dismissal filed by the trustee

### ADDITIONAL NOTICE

**Unless a party in interest objects to the conversion of this case within twenty (20) days from the date of this notice, the case may be converted without a hearing.**

**WHEREFORE**, we respectfully request from this Honorable Court to take notice of the informed above and enter an order accordingly.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this same date a true and exact copy of the foregoing has been field with the Clerk of the Court that will be notified to the trustee and all appearing parties using the Court's CM/ECF system. All non appearing parties will be notified by U. S. regular mail as per Master Address List attached.
In Vega Baja, Puerto Rico, on this 2 November 2011

S/ Juan O. Calderon Lithgow
**JUAN O. CALDERON LITHGOW**
**ATTORNEY FOR DEBTOR, 205607**
**P.O. BOX 1710**
**VEGA BAJA, PR 00694-1710**
**TEL.: 787-858-5476**

**Email: [caldlithlaw@gmail.com](mailto:caldlithlaw@gmail.com)**

MARIA MILAGROS ROMAN GONZALEZ
232 CALLE JARDIN TROPICAL
URB JARDINES DE VEGA BAJA
VEGA BAJA, PR 00693


JUAN O. CALDERON-LITHGOW
JUAN O. CALDERON-LITHGOW
P.O. BOX 1710
VEGA BAJA, P. 00694-1710


CLARO
PO BOX 70366
SAN JUAN, PR 00936-8366


COOP A/C VEGABAJEÑA
PO BOX 4622
VEGA BAJA, PR 00694


COOP A/C VEGABAJEÑA
PO BOX 4622
VEGA BAJA, PR 00694


FIRST BANK
BANKRUPTCY DIVISION
PO BOX 9146
SAN JUAN, PR 00908-0146


PRASA
PO BOX 14580
SAN JUAN, PR 00916-4580


PREPA
P.O.BOX 363508
SAN JUAN, PR 00936